UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA M.,<br><br>            Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>            Defendant. | Case No.:  23-cv-354-KSC<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES** |

      Before the Court is the parties' Joint Motion for the Award and Payment of Attorney's Fees and Expenses Pursuant to the Equal Access to Justice Act (28 U.S.C. Section 2412(d)) and 28 U.S.C. § 1920. Doc. No. 27 (the "Joint Motion").  Based on the parties' agreement and the information presented in the Joint Motion, IT IS HEREBY ORDERED that plaintiff is awarded attorney's fees and expenses in the amount of **$6,100**. This amount represents compensation and costs for all legal services rendered by counsel on plaintiff's behalf in connection with this civil action.

      Following the issuance of this Order, the government will consider the matter of plaintiff's contractual assignment of EAJA fees to plaintiff's attorney.  The ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. *See Astrue v. Ratliff*, 560 U.S.

586, 597 (2010). Upon entry of this Order, the government will determine whether fees are subject to any offset.

Fees shall be made payable to plaintiff, but if the Department of the Treasury determines plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses, and costs to be made directly to plaintiff's counsel. This Order is without prejudice to the rights of plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

**IT IS SO ORDERED**.

Dated: October 16, 2024

Hon. Karen S. Crawford
United States Magistrate Judge